**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**CITY OF LAS CRUCES and**
**DOÑA ANA COUNTY,**

Plaintiffs,

v. **2:26-CV-01280-JHR-GJF**

**APOLLO GLOBAL MANAGEMENT,**
**LIFEPOINT HEALTH, and**
**MEMORIAL MEDICAL CENTER,**

Defendants.

**NOTICE OF STIPULATED VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO RULE 41(1)(A)(ii)**

**COMES NOW**, Plaintiffs City of Las Cruces and Dona Ana County (*hereinafter* referred to jointly as the "Plaintiffs") through their attorneys, Rahn & DeFillippo, LLC (Samuel C. DeFillippo), and pursuant to Rule 41(1)(A)(ii), hereby give notice that the Parties[1] have agreed and stipulated to the Voluntary Dismissal of the above-mentioned matter without prejudice. Since the filing of this matter's operative complaint, the parties have participated in meaningful settlement negotiations. Although these negotiations are not complete, the Parties agree that a Voluntary Dismissal without prejudice would be beneficial to preserve judicial economy. Should the parties fail to agree to an acceptable settlement, Plaintiffs City of Las Cruces and Dona Ana County shall refile their complaint.

[1] Apollo Global Management was previously dismissed pursuant to voluntary dismissal. (Doc. 16). However, the case caption has not yet been modified.

Respectfully submitted,

**RAHN & DEFILLIPPO, LLC**

By: /s/ Samuel C. DeFillippo

Samuel C. DeFillippo
Taylor S. Rahn
6801 Jefferson St. NE, Suite 401C
Albuquerque, NM 87109
(505) 379-5382
chris@rahndefillippo.com
taylor@rahndefillippo.com
*Attorneys for Plaintiffs*

*Stipulated by:*

*/s/ John C. Anderson via email on 08/24/26*

John C. Anderson
Hollaed & Hart, LLP
215 Lincoln Ave., Suite 1
Santa Fe, NM 87501
(505) 988-4421
jcanderson@hollandhart.com
*Attorney for Defendant Lifepoint Health*

I hereby certify that on this 26th day of August, 2026, the foregoing was electronically served through the CM/ECF system to all counsel of record.

/s/ Samuel C. DeFillippo

Samuel C. DeFillippo